THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* HERBERT MAYS, Defendant-Appellee.

(No. 60196;

First District (2nd Division)—December 31, 1974.

PER CURIAM.

436

Bernard Carey, State's Attorney, of Chicago (Edward J. Ozog and Patrick T. Driscoll, Jr., Assistant State's Attorneys, of counsel), for the People.

Sam Adam, of Chicago, for appellee.